# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Crowley Government Services, Inc. ) | ASBCA No. 61915 |
| ) | |
| Under Contract No. N62387-15-C-5301 ) | |

APPEARANCE FOR THE APPELLANT:    James E. Krause, Esq.
                                 James E. Krause, P.A.
                                 Jacksonville, FL

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                   Navy Chief Trial Attorney
                                  Chad L. Diederich, Esq.
                                   Associate Counsel
                                  Ann Calabrese, Esq.
                                   Assistant Counsel
                                   Military Sealift Command
                                   Norfolk, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: February 7, 2019

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61915, Appeal of Crowley Government Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals